# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.

Ryan Martin

**APPEARANCE**

Case Number: 2004M0527-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Ryan Martin

I certify that I am admitted to practice in this court.

Date: 11/16/04

Signature

Print Name: Jack Diamond    Bar Number: 555934

Address: 15 Foster St

City: Quincy    State: MA    Zip Code: 02169

Phone Number: (617) 770-0000 x110    Fax Number: (617) 774-0400

UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

DATE: 11/16/04

Noreen Russo
Deputy Clerk