# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                        MAGISTRATE JUDGE'S DOCKET
                                NO. 03M0527RBC

RYAN MARTIN.

## *ORDER PURSUANT TO RULE 5.1(a), FED. R. CRIM. P.*

COLLINGS, U.S.M.J.

    A preliminary examination pursuant to Rule 5.1, Fed.R.Crim.P. was held on November 24, 2004 before the undersigned. The defendant was present represented by counsel.

    On the basis of the evidence presented at the hearing, I find that there is probable cause to believe that the defendant committed the crime with which he is charged in the Complaint.

    Accordingly, pursuant to Rule 5.1(a), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R.Crim.P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 24, 2004