# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                      MAGISTRATE JUDGES' DOCKET
                                            NO. 2004-M0527RBC

RYAN MARTIN.

## ORDER

COLLINGS, U.S.M.J.

    With the exception of the Affidavit in support of the Criminal Complaint, it is ORDERED that this case be, and the same hereby is UNSEALED. The face sheet of the Complaint is not to be sealed; only the affidavit in support of the Complaint is to remain sealed pursuant to the Court's Order of November 9, 2004.

                                            /s/ Robert B. Collings

                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

November 24, 2004.